JOHN J. AUSTIN *vs.* SIMON WOLFSON. November 29, 1951. Exceptions overruled. In this action of tort to recover for personal injuries resulting from a collision of automobiles at the intersection of Park and Spencer streets in Dorchester on April 16, 1946, the only question presented is whether as matter of law the plaintiff was guilty of negligence which contributed to the accident. Each street was from twenty to twenty-five feet in width. There was evidence that the plaintiff approached the intersection from the east at a speed of fifteen miles per hour. His view to the right or north, from which direction the defendant was approaching at a speed of ten miles per hour, was obstructed by a building on the northeasterly corner of the intersection. The plaintiff entered the intersection first, without looking to his right, and his automobile was struck by the defendant's automobile at or near the northwesterly corner. Although the distance of the defendant's automobile from the intersection at the time the plaintiff's automobile entered is not in evidence, the jury could have found that at the respective speeds at which the automobiles were proceeding the plaintiff, if he had looked and seen the defendant's automobile, was not negligent in proceeding across the intersection. See G. L. (Ter. Ed.) c. 89, § 8; *Morton* v. *Dobson,* 307 Mass. 394; *Brightman* v. *Blanchette,* 307 Mass. 584; *Harlow* v. *Corcoran,* 290 Mass. 289, 293; *Cohen* v. *Martin,* 298 Mass. 425, 427; *Gaines* v. *Ratnowsky,* 311 Mass. 254, 258. There was no error in denying the defendant's motion for a directed verdict.

*R. B. Coulter,* for the defendant.

*C. W. O'Brien,* for the plaintiff.

HENRY A. HALE *vs.* LILLIAN T. HALE. November 30, 1951. Decree affirmed. The parties were married on January 14, 1938. On November 25, 1949, the husband brought a libel for divorce on the ground of cruel and abusive treatment. The answer of the wife alleged condonation, and cruel and abusive treatment on the part of the husband by way of recrimination. The judge, on April 17, 1950, entered a decree nisi for divorce in favor of the husband, and the wife appealed. There is a finding of material facts, and the evidence is reported. The judge found that disputes between the parties began soon after their marriage, and continued until they separated. He found that the wife married the husband for money and protection, and had no affection for him. He found that the wife assaulted the husband on many occasions, and that her conduct injured his health, and that she intended that result. He found no condonation on his part. As to recrimination, there was evidence that the husband assaulted her at times, but the judge was not required to believe this evidence, nor, if he believed it, to find that his conduct constituted cruel and abusive treatment. See *Brown* v. *Brown,* 323 Mass. 332; *Hayden* v. *Hayden,* 326 Mass. 587.

*J. F. Lombard,* (*J. B. Delaney* with him,) for the libellee.

*G. A. McLaughlin,* (*C. S. McLaughlin* with him,) for the libellant.